**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| CLOPAY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OVERHEAD DOOR CORPORATION,<br><br>Defendant. | Case No. 1:26-cv-00868<br><br>Judge Douglas R. Cole |

**DEFENDANT OVERHEAD DOOR CORPORATION'S**
**AMENDED CERTIFICATE OF SERVICE**

Under Fed. R. Civ. P. 5(d) and S.D. Ohio Civ. R. 5.2(a), I certify that on September 9, 2026, I served Defendant Overhead Door Corporation's motion to dismiss and exhibits in support (ECF No. 16) and this amended certificate of service through the CM/ECF system and by email on Plaintiff Clopay Corporation's counsel:

Rachael L. Rodman (rachael.rodman@thompsonhine.com)

Matthew F. Prewitt (matthew.prewitt@afslaw.com)

Thorne Maginnis (thorne.maginnis@afslaw.com)

Bella Seeberg (bella.seeberg@afslaw.com)

Dated: September 9, 2026

Respectfully submitted,

s/ Kevin W. Kirsch
Kevin W. Kirsch, Trial Attorney
Ohio Bar No. 81996
kkirsch@bakerlaw.com
Andrew E. Samuels
Ohio Bar No. 90189
asamuels@bakerlaw.com
Naomi V. Price, *pro hac vice*
Ohio Bar No. 102677
nprice@bakerlaw.com
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
(614) 228-1541

*Attorneys for Defendant*
*Overhead Door Corporation*