**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CLOPAY CORPORATION,**

**Plaintiff,**

**v.**

**OVERHEAD DOOR CORPORATION,**

**Defendant.**

**Case No. 1:26-cv-00868**

**JUDGE DOUGLAS R. COLE**

# AGREED ORDER

This matter coming before the Court for a conference regarding Plaintiff's Motion for Leave to Conduct Limited, Expedited Discovery (Doc. 12), Plaintiff's Motion for Preliminary Injunction (Doc. 11), and Defendant's Motion to Dismiss (Doc. 16), both parties present and having the opportunity to be heard and the Court being fully advised, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Leave to Conduct Limited, Expedited Discovery (Doc. 12) is **GRANTED**. The Court also grants Defendant's oral request during the conference for limited, expedited discovery. The Court orders that the parties meet and confer regarding the appropriate scope of the limited, expedited discovery as set forth in section 2;

2. The parties shall exchange written discovery requests (no more than five interrogatories and five requests for production) by 12:00 p.m. on September 14, 2026. The parties shall meet and confer on those requests on the afternoon of September 14. Defendant shall further provide a 30(b)(6) deposition notice to Plaintiff by 12:00

p.m. on September 14, 2026. The parties shall meet and confer regarding the scope of the 30(b)(6) deposition notice to Plaintiff on or before September 17, 2026. Plaintiff shall further provide a 30(b)(6) deposition notice to Plaintiff by 5:00 p.m. on October 13, 2026. The parties shall meet and confer on those deposition topics on October 14, 2026. The parties shall follow the Court's Pre-Trial Procedure, "Steps Before Filing Discovery Motion," if they are unable to reach agreement during the various meet and confers;

3. Both parties shall respond to interrogatories by September 25, 2026, and shall produce documents in response to document requests on a rolling basis to be completed by October 2, 2026. The parties will make a good faith effort to start the rolling production by September 25, 2026. Defendant shall take the depositions of Plaintiff's witnesses on or before October 14, 2026, and Plaintiff shall take the depositions of Defendant's witnesses on or before October 28, 2026;

4. Deadlines for discovery may be amended by the agreement of the parties;

5. Defendant shall file a response to Plaintiff's Motion for Preliminary Injunction by October 16, 2026, and Plaintiff shall file a reply in support of its Motion for Preliminary Injunction by October 30, 2026;

6. Plaintiff's Motion for Preliminary Injunction is set for a two-day hearing beginning on November 5, 2026, at 9:00 a.m. in Courtroom 805, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202, with the parties to discuss and agree on deadlines for exchange of exhibits and witnesses;

7. Plaintiff shall file a response to Defendant's Motion to Dismiss by September 23, 2026, and Defendant shall file a reply in support of its Motion to Dismiss by October 5, 2026.

**SO ORDERED.**

September 16, 2026
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

Agreed to by:

/s/ *Rachael L. Rodman*
Rachael L. Rodman, Trial Attorney
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
(614) 469-3225
*rachael.rodman@thompsonhine.com*

Matthew F. Prewitt (admitted *pro hac vice*)
Thorne Maginnis (*pro hac vice* application
forthcoming)
Bella Seeberg (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
*matthew.prewitt@afslaw.com*
*thorne.maginnis@afslaw.com*
*bella.seeberg@afslaw.com*

/s/ *Kevin W. Kirsch (via email authorization)*
Kevin W. Kirsch
Andrew E. Samuels
Naomi V. Price (admitted *pro hac vice*)
Elizabeth B. McCallum (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
kkirsch@bakerlaw.com
asamuels@bakerlaw.com
nprice@bakerlaw.com
emccallum@bakerlaw.com